# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMMEON LEWIS,

    Plaintiff(s),

v.

JULIE KRAIG,

    Defendant(s).

Case No. 2:24-cv-00158-APG-NJK

**REPORT AND RECOMMENDATION**

The Court has a duty to ensure that it has subject matter jurisdiction over the dispute before it, an issue it may raise at any time during the proceedings. *See, e.g.*, Fed. R. Civ. P. 12(h)(3). Federal courts are courts of limited jurisdiction and possess only that power authorized by the Constitution and statute. *Rasul v. Bush*, 542 U.S. 466, 489 (2004). "A federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." *Stock West, Inc. v. Confederated Tribes of the Colville Reservation*, 873 F.2d 1221, 1225 (9th Cir. 1989). "The party asserting federal jurisdiction bears the burden of proving that the case is properly in federal court." *McCauley v. Ford Motor Co.*, 264 F.3d 952, 957 (9th Cir. 2001) (*citing McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936)).

Plaintiff's complaint does not establish subject matter jurisdiction. The complaint fails to identify the factual allegations on which suit has been brought or the relief being sought. *But see* Fed. R. Civ. P. 8(a). The complaint indicates that it is brought based on a federal question, but the only claim alleged is for deprivation of rights in violation of 18 U.S.C. § 242, *see* Docket No. 1-1 at 3, 4, which is a criminal statute that does not provide a private right of action, *e.g.*, *Shahin v. Darling*, 606 F. Supp. 2d 525, 538 (D. Del. 2009).

In light of the above, on January 25, 2024, the Court dismissed the complaint and ordered Plaintiff to file an amended complaint establishing subject matter jurisdiction and complying with

Rule 8 by February 22, 2024. Docket No. 4 at 1. The Court warned that "**[f]ailure to comply with this order may result in dismissal of this case**." *Id.* at 2 (emphasis in original). Despite that warning no amended complaint has been filed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** for lack of subject matter jurisdiction and that the application to proceed *in forma pauperis* (Docket No. 1) be **DENIED** as moot.

Dated: February 27, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).