UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMMEON LEWIS,<br><br>      Plaintiff<br><br>v.<br><br>JULIE KRAIG,<br><br>      Defendant | Case No.: 2:24-cv-00158-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 5] |

On February 27, 2024, Magistrate Judge Koppe recommended that I dismiss this case because plaintiff Sammeon Lewis's original complaint did not establish subject matter jurisdiction and he did not file an amended complaint by the given deadline. ECF No. 16. Lewis did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppes' report and recommendation (ECF No. 5) is accepted and this case is dismissed for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

DATED this 14th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE